

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 20 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LEONARD A. ALKOV, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN ANTHONY MILLER, *et al.*,<br><br>Defendants. | Case No. SACV 09-0764 AG (RNBx)<br><br>Assigned to Hon. Andrew J. Guilford<br>Courtroom: 10D<br><br>[PROPOSED] JUDGMENT AGAINST DEFENDANTS JOHN ANTHONY MILLER; JAM JR. ENTERPRISES, INC.; THE PACSTAR GROUP OF COMPANIES, LLC; GLOBAL CHOICE, LLC; GLOBAL CHOICE FUNDS, LLC; GLOBAL CHOICE ASSET MANAGEMENT, LLC; FORTE FINANCIAL PARTNERS, LIMITED PARTNERSHIP; VESTED STANDARD, LLC; THEODORE R. STAREN; and PACSTAR ALTERNATIVE ASSET MANAGEMENT (INCLUDING JUDGMENT FOR PUNITIVE DAMAGES) [FRCP 58] |

Pursuant to Federal Rules of Civil Procedure Rule 58, and upon finding no just reason for delay,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be and is hereby entered in favor of each of the plaintiffs named below and against Defendants John Anthony Miller, an individual aka John A. Miller, Jr.; Jam Jr.

Enterprises, Inc., a Nevada corporation; The Pacstar Group of Companies, LLC, a Nevada limited liability company; Global Choice LLC, a Nevada limited liability company; Global Choice Funds LLC, a Nevada limited liability company; Global Choice Asset Management LLC, a Nevada limited liability company; Forte Financial Partners Limited Partnership, a Nevada limited liability partnership; Vested Standard LLC, a Nevada limited liability company; Theodore R. Staren, an individual; and, Pacstar Alternative Asset Management, LLC, a Nevada limited liability company (collectively the "Defaulting Defendants"), jointly and severally, in the following principal amounts, along with prejudgment interest at the rate of 7% per annum calculated on the respective principle amounts from November 12, 2008 to July 19, 2010, post-judgment interest as allowed by law, and punitive damages:

| Plaintiff | Principal | Prejudgment Interest | Punitive Damages | Total |
|---|---|---|---|---|
| Leonard A. ~~and Georgia A.~~ Alkov | $50,000.00 | $5,897.50 | $200,000.00 | $255,897.50 |
| Michael Amos | $400,000.00 | $ 47,180.00 | $1,600,000.00 | $2,047,180.00 |
| Rodolfo Ayala | $122,500.00 | $14,448.88 | $490,000.00 | $626,948.88 |
| David Bare | $ 77,300.00 | $9,117.54 | $309,200.00 | $395,617.54 |
| Zoya Bokhoor | $288,000.00 | $33,969.60 | $1,152,000.00 | $1,473,969.60 |
| J. James Brady | $74,250.00 | $8,757.79 | $297,000.00 | $380,007.79 |
| Glynda Bragg | $396,604.54 | $46,779.51 | $1,586,418.16 | $2,029,802.21 |
| Michael Cannon | $291,817.90 | $34,419.92 | $1,167,271.60 | $1,493,509.42 |
| CC Real Estate Group LLC | $1,148,566.97 | $135,473.47 | $4,594,267.88 | $5,878,308.32 |

| Name | | | | |
|---|---|---|---|---|
| David ~~and Annalisa~~ Christian | $25,000.00 | $2,948.75 | $100,000.00 | $127,948.75 |
| Lynda Christian | $178,954.78 | $21,107.72 | $715,819.12 | $915,881.62 |
| Vibulsri Chunapongse | $96,933.04 | $11,433.25 | $387,732.16 | $496,098.45 |
| James K ~~and June~~ Crampton | $282,999.00 | $33,379.73 | $1,131,996.00 | $1,448,374.73 |
| Thomas Crampton | $32,953.18 | $3,886.83 | $131,812.72 | $168,652.73 |
| Vicki Crampton | $59,953.16 | $7,071.48 | $239,812.64 | $306,837.28 |
| Wendy Crawford | $621,500.00 | $73,305.93 | $2,486,000.00 | $3,180,805.93 |
| Mojdeh Daneshrad | $631,875.00 | $74,529.66 | $2,527,500.00 | $3,233,904.66 |
| Kenneth E. Davis | $75,000.00 | $8,846.25 | $300,000.00 | $383,846.25 |
| Sandra G. Davis | $200,887.84 | $23,694.72 | $803,551.36 | 1,028,133.92 |
| Ricardo Deperio ~~Victoria Alzona~~ | $75,000.00 | $8,846.25 | $300,000.00 | $383,846.25 |
| Manuel Escobar Jr. | $60,000.00 | $7,077.00 | $240,000.00 | $307,077.00 |
| Ron and Karen Escobar | $162,594.07 | $19,177.97 | $650,376.28 | $832,148.32 |
| Hugh G. Evans | $75,282.59 | $8,879.58 | $301,130.36 | $385,292.53 |
| Esther E. Ferandell | $50,000.00 | $5,897.50 | $200,000.00 | $255,897.50 |

| | | | | |
|---|---|---|---|---|
| Alfredo Fierros | $63,582.00 | $7,499.50 | $254,328.00 | $325,409.50 |
| Joseph D. Flores | $180,000.00 | $21,231.00 | $720,000.00 | $921,231.00 |
| Anna Florey | $100,000.00 | $11,795.00 | $400,000.00 | $511,795.00 |
| Douglas D. ~~and Clara E.~~ Fujimoto | $75,000.00 | $8,846.25 | $300,000.00 | $383,846.25 |
| Todd Furuike | $138,500.00 | $16,336.08 | $554,000.00 | $708,836.08 |
| Edward ~~and Marie~~ Gerovian | $165,423.19 | $19,511.67 | $661,692.00 | $846,627.62 |
| Sharon B. Groody | $275,656.62 | $32,513.70 | $1,102,626.48 | $1,410,796.80 |
| Margaret B. Gutierrez | $104,700.00 | $12,349.37 | $418,800.00 | $535,849.37 |
| Heartland Heritage Alliance LLC | $14,000.00 | $1,651.30 | $56,000.00 | $71,651.30 |
| Thomas E. Hevesy | $926,092.50 | $109,232.61 | $3,704,370.00 | $4,739,695.11 |
| Larry Dean Heyl | $304,392.62 | $35,903.11 | $1,217,570.48 | $1,557,866.21 |
| Roland and Rachel Hinsche | $1,000.00 | $117.95 | $4,000.00 | $5,117.95 |
| Carol J. Hodne | $5,743.71 | $677.47 | $22,974.84 | $29,396.02 |

| # | Name | | | | |
|---|---|---|---|---|---|
| 1 | Doug O. Hodne<br>Susan S. Hodne | ~~$298,595.64~~ | ~~$35,219.36~~ | ~~$1,194,382.56~~ | ~~$1,528,197.56~~ |
| 2 | | | | | |
| 3 | | $264,277.86 | $31,170.31 | $1,057,111.44 | $1,352,559.61 |
| 4 | Phyllis M. Hodne as Trustee for the Phyllis M. Hodne Revocable Trust | $84,000.00 | $9,907.80 | $336,000.00 | $429,907.80 |
| 5 | | | | | |
| 6 | | | | | |
| 7 | Hodne Construction Inc. | $35,000.00 | $4,128.25 | $140,000.00 | $179,128.25 |
| 8 | | | | | |
| 9 | Hodne Family L.P. | $49,079.11 | $5,788.88 | $196,316.44 | $251,184.43 |
| 10 | | | | | |
| 11 | | | | | |
| 12 | Susumu ~~and Lawrie~~ Ikeda | $62,150.90 | $7,330.70 | $248,603.60 | $318,085.20 |
| 13 | | | | | |
| 14 | Edward Jerum | $119,762.96 | $14,126.04 | $479,051.84 | $612,940.84 |
| 15 | | | | | |
| 16 | Carlos Jimenez | $427,083.28 | $50,371.47 | $1,708,333.12 | $2,185,790.87 |
| 17 | | | | | |
| 18 | | | | | |
| 19 | William L. ~~and Lauraine~~ Kidman | $28,750.00 | $3,391.06 | $115,000.00 | $147,141.06 |
| 20 | | | | | |
| 21 | Linda J Kolbert | $280,000.00 | $33,026.00 | $1,120,000.00 | $1,433,026.00 |
| 22 | | | | | |
| 23 | Margaret and Stephen C. Kuhn | $425,446.66 | $50,181.43 | $1,701,786.64 | $2,177,414.73 |
| 24 | | | | | |
| 25 | | | | | |
| 26 | Barry ~~and Elaine~~ Kuhnke | $946,692.00 | $111,662.32 | $3,786,768.00 | $4,845,122.32 |
| 27 | | | | | |
| 28 | | | | | |

| | | | | |
|---|---:|---:|---:|---:|
| Susan Leslie | $119,985.00 | $14,152.23 | $479,940.00 | $614,077.23 |
| Jean Lowe | $536,356.74 | $63,263.28 | $2,145,426.96 | $2,745,046.98 |
| Steve Lowe | $124,270.00 | $14,657.65 | $497,080.00 | $636,007.65 |
| Michael ~~and Cynthia G.~~ Lyons | $102,000.00 | $12,030.90 | $408,000.00 | $522,030.90 |
| Barry Maurer | $250,000.00 | $29,487.50 | $1,000,000.00 | $1,279,487.50 |
| Sean McEvoy | $180,000.00 | $21,231.00 | $720,000.00 | $921,231.00 |
| Lori McMillan and William A. McMillan | $1,155,492.52 | $136,290.34 | $4,621,970.08 | $5,913,752.94 |
| Dan R. and Lisa A. Meliota | $224,217.00 | $26,446.40 | $896,868.00 | $1,147,531.40 |
| Nathan G. Menon | $350,000.00 | $41,282.50 | $1,400,000.00 | $1,791,282.50 |
| Arnold and Barbara Miller | $114,853.12 | $13,546.93 | $459,412.48 | $587,812.53 |
| Bruce J. Mrosko ~~and Christine J. Hopkins~~ | $195,527.77 | $23,062.50 | $782,111.08 | $1,000,701.35 |
| Robert C. Pace | $65,400.77 | $7,714.02 | $261,603.08 | $334,717.87 |

| Name | | | | |
|---|---|---|---|---|
| Stephen L. and Martha Ralston | $37,000.00 | $4,364.15 | $148,000.00 | $189,364.15 |
| Jozsef Ravasz | $136,916.00 | $16,149.24 | $547,664.00 | $700,729.24 |
| Rebecca Reinhardt | $50,000.00 | $5,897.50 | $200,000.00 | $255,897.50 |
| Ann and Dixon Rosas | $752,884.80 | $88,802.76 | $3,011,539.20 | $3,853,226.76 |
| Richard D. ~~and Julia~~ Rosas | $50,304.71 | $5,933.44 | $201,218.84 | $257.456.99 |
| Randall L. and Danny Rodine | $50,000.00 | $5,897.50 | $200,000.00 | $255,897.50 |
| Maritza F. Rodriguez | $485,000.00 | $57,205.75 | $1,940,000.00 | $2,482,205.75 |
| Isaac A. ~~and Roxanne B.~~ Saad | $38,340.72 | $4,522.29 | $153,362.88 | $196,225.89 |
| Derouhe Saryan | $335,767.04 | $39,603.72 | $1,343,068.16 | $1,718,438.92 |
| Christopher J. and Mary S. Schnitker | $109,500.00 | $12,915.53 | $438,000.00 | $560,415.53 |
| Mary Schnitker Executor of the estate of Theresa Dyer | $18,000.00 | $2,123.10 | $72,000.00 | $92,123.10 |
| Robin and Donna Sells | $161,000.00 | $18,989.95 | $644,000.00 | $823,989.95 |

| | | | | |
|---|---|---|---|---|
| Rohoni I. Shaikh | $100,000.00 | $11,795.00 | $400,000.00 | $511,795.00 |
| Helen M. Szkorla | $131,034.70 | $15,455.54 | $524,138.80 | $670,629.04 |
| Taqueta Falls LP | $200,000.00 | $23,590.00 | $800,000.00 | $1,023,590.00 |
| Jennifer Uranga | $25,199.71 | $2,972.31 | $100,798.84 | $128,970.86 |
| Gerald and Anita Varner | $122,500.00 | $14,448.88 | $490,000.00 | $626,948.88 |
| Leoviner and Marieda R. Velasquez | $50,000.00 | $5,987.50 | $200,000.00 | $255,897.50 |
| David G. Wishing | $75,000.00 | $8,846.25 | $300,000.00 | $383,846.25 |
| Column Totals | ~~$16,935,173.86~~ | ~~$1,997,503.76~~ | ~~$67,740,695.44~~ | ~~$86,673,373.06~~ |
| | $16,900,856.08 | $1,993,454.71 | $67,603,424.32 | $86,497,735.11 |

The above Plaintiffs shall also be awarded their costs of suit in the amount of $_____. Post-judgment interest shall accrue on all of these amounts from the date of entry of this Judgment until paid in full.

Dated: 8/20/10

_____
United States District Court Judge
**ANDREW J. GUILFORD**

[PROPOSED] JUDGMENT AGAINST DEFENDANTS JOHN ANTHONY MILLER, et al

8