William L. Buus (Cal. Bar No. 180059)
SCHIFFER & BUUS APC
4675 MacArthur Court, Suite 590
Newport Beach, California 92660
Phone: (949) 825-6140
Fax: (949) 825-6141
Email: wbuus@schifferbuus.com

Attorneys for Plaintiffs/
Counterclaim Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LEONARD A. ALKOV and GEORGIA A. ALKOV, husband and wife; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN ANTHONY MILLER, an individual aka JOHN A. MILLER, JR; et al., <br><br> Defendants. | Case No. SACV09-764 AG(RNBx) <br><br> ORDER DISMISSING CLAIMS |
| AND RELATED COUNTERCLAIM | |

The Court has received and considered the parties' Stipulation to Dismiss.

IT IS ORDERED that all claims asserted by the following plaintiffs against Defendant IRA RESOURCES, INC. and Does 1 through 10 in the First Amended Complaint filed July 15, 2009 (ECF Document Number 3) are dismissed without prejudice:

Michael Amos

Rudy B. Arce

Engeline R. Arce

Rodolfo Avala

1

STIPULATION TO DISMISS

| | |
|---|---|
| 1 | David Bare |
| 2 | J. James Brady |
| 3 | Peggy E. Brady |
| 4 | Glynda Bragg |
| 5 | Ricardo Deperio |
| 6 | Victoria Alzona |
| 7 | Joseph Flores |
| 8 | Arnold Fonfa |
| 9 | Ronnie Fonfa |
| 10 | Clara Fujimoto |
| 11 | Douglas Fujimoto |
| 12 | Bernard Germani Jr. |
| 13 | Roland Hinche |
| 14 | Rachel Hinche |
| 15 | Carlos Jimenez |
| 16 | William Kidman |
| 17 | Lauraine Kidman |
| 18 | Linda Kolberg |
| 19 | Isaac A. Saad |
| 20 | Roxanne B. Saad |
| 21 | Helen Szkorla |
| 22 | Jennifer L. Uranga |
| 23 | David G. Wishing |
| 24 | IT IS FURTHER ORDERED that all claims asserted by Counterclaim Plaintiff |
| 25 | IRA RESOURCES INC. against the following defendants in the Counterclaim filed |
| 26 | October 25, 2009 (ECF Document Number 21) are dismissed without prejudice: |
| 27 | Bernard Germani Jr. |
| 28 | Jennifer L. Uranga |

1  IT IS FURTHER ORDERED that all parties hereto are to bear their own
2  attorney's fees and costs of suit incurred herein.

4  DATED: March 16, 2011

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE