William L. Buus (Cal. Bar No. 180059)
SCHIFFER & BUUS APC
4675 MacArthur Court, Suite 590
Newport Beach, California 92660
Phone:      (949) 825-6140
Fax:        (949) 825-6141
Email:      wbuus@schifferbuus.com

Attorneys for Plaintiffs/
Counterclaim Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LEONARD A. ALKOV and GEORGIA A. ALKOV, husband and wife; et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>JOHN ANTHONY MILLER, an individual aka JOHN A. MILLER, JR; et al.,<br><br>　　　　Defendants. | Case No. SACV 09-764 AG(RNBX)<br><br>ORDER DISMISSING CLAIMS |
| AND RELATED COUNTERCLAIM | |

　　The Court has received and considered the parties' Stipulation to Dismiss.

　　IT IS ORDERED that all claims asserted by Plaintiff Barry Maurer against Defendant IRA RESOURCES, INC. and Does 1 through 10 in the First Amended Complaint filed July 15, 2009 (ECF Document Number 3) are dismissed without prejudice.

///
///
///
///

1    IT IS FURTHER ORDERED that all parties hereto are to bear their own
2 attorney's fees and costs of suit incurred herein.
3 DATED: July 25, 2011

_____

HON. ANDREW J. GUILFORD

**UNITED STATES DISTRICT COURT JUDGE**