William L. Buus (Cal. Bar No. 180059)
SCHIFFER & BUUS APC
4675 MacArthur Court, Suite 590
Newport Beach, California 92660
Phone:       (949) 825-6140
Fax:          (949) 825-6141
Email:       wbuus@schifferbuus.com

Attorneys for Plaintiffs/Counterclaim Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LEONARD A. ALKOV and GEORGIA A. ALKOV, husband and wife; et al., | Case No. SACV09-764 AG(RNBX) |
| Plaintiffs, | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| vs. | FRCP Rule 41(a)(1) |
| JOHN ANTHONY MILLER, an individual aka JOHN A. MILLER, JR; et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

WHEREAS, the parties hereto have reached a settlement of this matter.

NOW, THEREFORE, all Plaintiffs and Defendant IRA Resources, Inc. hereby stipulate pursuant to Federal Rules of Civil Procedure 41(a)(1) that Plaintiffs' action is hereby dismissed with prejudice as to Defendant IRA Resources, Inc., and that Defendant IRA Resources, Inc.'s counterclaim is hereby dismissed

///

///

///

1

STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41(a)(1))

1 | with prejudice in its entirety. The parties to this stipulation shall bear their own
2 | attorney's fees and costs.

3 | Dated: January 11, 2012     SCHIFFER & BUUS APC

*[signature]*

William L. Buus
Attorneys for Plaintiffs/Counterclaim
Defendants

8 | Dated: January 31, 2012     SPARBER ANNEN MORRIS & GABRIEL, APLC

*[signature]*

Todd R. Gabriel, Esq.
Attorneys for Defendant/Counterclaim
Plaintiff IRA RESOURCES, INC.

2

STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41(a)(1))

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2012, I electronically filed the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following person:

Todd R. Gabriel, Esq.
SPARBER ANNEN MORRIS & GABRIEL, APLC
701 "B" Street, Suite 1400
San Diego, CA 92101-8109
Telephone: (619)239-3600
Facsimile: (619)239-5601
Email: tgabriel@sparberlaw.com
Attorneys for Defendant/Counterclaimant IRA RESOURCES INC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 9, 2012, at Newport Beach, California.

/s/ *William L. Buus* .
William L. Buus

3

STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41(a)(1))